UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Sandra Ann Fussy,

Chapter 7
Bky. Case No. 20-50199

        Debtor.

---

Erik A. Ahlgren, Trustee,

        Plaintiff,

Adv. Case No. 21-5007

v.

Dale Fussy,

        Defendant.

## ORDER FOR TELEPHONIC STATUS CONFERENCE

At Duluth, Minnesota

A status conference shall be convened on **October 18, 2021, at 10:00 a.m.** in the above-entitled adversary proceeding. The conference will be held **telephonically** before Judge William J. Fisher. The Court's calendar clerk will distribute telephonic instructions prior to the hearing. The status conference will be stricken if parties submit settlement papers prior to the hearing.

BY THE COURT:

DATED: *October 07, 2021*

*/e/William J. Fisher*
William J. Fisher
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/07/2021*
Tricia Pepin, Clerk, by AM